**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RANDY SANTOS**
**908 Orchard Way**
**Silver Spring, MD 20904,**

**Plaintiff,**

**v.**

**HAROON KHAN**
**D/B/A FEDERAL RESOURCES GROUP**
**770 5th Street NW, Ste 308**
**Washington, DC 20001,**

**Serve: Haroon Khan, Registered Agent**
**770 5th Street NW, Ste 308**
**Washington, DC 20001,**

**Defendant.**

Case: 1:14-cv-01719
Assigned To : Boasberg, James E.
Assign. Date : 10/14/2014
Description: General Civil

**JURY TRIAL DEMANDED**

ORIGINAL

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff, through counsel, for his Complaint against Defendant, respectfully states as follows:

**PARTIES**

1. Plaintiff Randy Santos ("Mr. Santos") is, and at all relevant times has been, a professional photographer based in the metropolitan Washington D.C. area. Mr. Santos's livelihood and his family's livelihood depend on revenues from Mr. Santos selling his copyrighted photographs. Mr. Santos is a resident of the State of Maryland. He licenses and sells his photographs through the websites he maintains at www.dcstockimages.com, www.dcstockphotos.com, and www.randysantos.com, all of which provide express written notice of Mr. Santos's ownership of copyrights in the images offered for sale or license. (Exs. A,

RECEIVED
Mail Room
OCT 14 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

B and C). These copyright notices were present and visible at the time Defendant Haroon Khan copied and reproduced Mr. Santos's four (4) copyrighted photographs.

2.      Mr. Santos is the owner of the entire right, title and interest in and to four (4) copyrighted photographs depicting the Jefferson Memorial Building in Washington D.C. (the "Copied Photographs") (Exhibits D1 through D4) that are and had been registered with the United States Copyright Office pursuant to registration numbers VAu747-408 (the "'408 Registration") and VAu996-924 (the "'924 Registration") (collectively the "Santos Copyrights") (Exhibits E and F), and of the copyrights therein. The effective dates of the Santos Copyrights are July 24, 2007 and July 17, 2009. A CD containing a true copy of the deposit submitted with the '408 Registration is attached as Exhibit G. A CD containing a true copy of the deposit submitted with the '924 Registration is attached as Exhibit H.

3.      Defendant Haroon Khan d/b/a Federal Resources Group ("FRG" or "Khan") is, and at all relevant times was, a sole proprietor providing strategic lobbying and public affairs services in the Washington D.C. area. Defendant is a sole proprietor registered under the laws of Washington, D.C. with his principal place of business on 5th Street NW in Washington, D.C. Khan maintains a website for purposes of commercial advertising and promotion at www.federalresourcesgroup.com. Defendant operates his business in Washington, D.C., and he advertised it through the four (4) infringing Copied Photographs.

## NATURE OF THE ACTION

4.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 US.C. § 101 *et seq.*).

## JURISDICTION AND VENUE

5.      This Court has original subject matter jurisdiction under 17 US.C. § 101 *et seq.*;

28 US.C. § 1331 (federal question jurisdiction); and 28 US.C. § 1338(a) (exclusive federal

jurisdiction over copyright actions).

6.      Mr. Santos is the owner of the entire right, title and interest in and to the four (4)

Copied Photographs and the Santos Copyrights, and he therefore has standing to sue for

infringement.

7.      Venue in this District is proper under 28 US.C. §1400(a) because Defendant may

be found and is located in the District and is regularly employed here.  Personal jurisdiction in

this District is proper because Defendant, without the consent of or permission from the Plaintiff,

reproduced and publicly displayed over the Internet in this District the four (4) copyrighted

works to which Plaintiff has exclusive rights.

8.      Defendant is subject to personal jurisdiction in this District and has committed

acts of infringement within this District, and he transacts business in, is found in, and is located

in, this District, in addition to being regularly employed here.

9.      Defendant's unauthorized copying, display and use of the four (4) Copied

Photographs on his website for the purpose of advertising his services in this District and in

interstate commerce is without authority or permission and infringes Mr. Santos's copyrights in

clear violation of the Act.

## STATEMENT OF FACTS

*Mr. Santos's Copyrights*

10. The Santos Copyrights were duly issued and registered to Mr. Randy Santos, the sole author of the subject matter claimed therein, on July 24, 2007 and July 17, 2009. Khan's infringement commenced after both dates of registration.

11. Mr. Santos has a disabled child. He and his family depend for their livelihood on people buying, rather that copying and misappropriating, Mr. Santos's copyrighted photographs.

*Khan's Infringement*

12. Mr. Khan has infringed and has willfully infringed the Santos Copyrights in the four (4) Copied Photographs in the four (4) Copied Photographs in violation of the Act by displaying the four Copied Photographs on his website without authorization for the purposes of commercial advertising and promotion (Exhibit I). All four (4) of the Copied Photographs were cropped just above their water marks and then displayed on Khan's website, further demonstrating Mr. Khan's willful and intentional infringement. When searching these images using a Google image search, the only other website that appears is Mr. Santos's website, DCStockPhotos.com, where Mr. Santos explicitly admonishes that: "All content on this site, including all images and text, are © Randy Santos. No unauthorized use of any content without written permission." (Ex. A).

13. The copyright notices for each of the four (4) Copied Photographs were published, posted and available at the time of Khan's copying. Further, once copied and posted on Khan's website, the four (4) Copied Photographs became subject to further copying and misappropriation by additional users, substantially impeding and impairing Mr. Santos's ability to secure his intellectual property rights and to earn a living from his art. A Google image search shows these four Copied Photographs only on Mr. Khan's website and Mr. Santos's

website, showing that Khan obtained the images from Mr. Santos's website DCStockPhotos.com and not from anywhere else, and that Khan blatantly disregarded the copyright notices. (Ex. J).

14. The parties have been unable to resolve this matter out of court since Mr. Santos sent a cease and desist and demand letter to Mr. Khan on June 13, 2014.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

15. The foregoing allegations and averments to this Complaint are incorporated by reference into this Count I as though expressly stated herein.

16. Plaintiff is the registered owner of all right, title, and interest in and to the four (4) Copied Photographs that appeared on the website owned by Defendant. Plaintiff has registered the copyrights of the photographs of the Jefferson Memorial pursuant to valid Certificates of Copyright Registrations numbered VAu747-408, registered in 2007, and VAu996-924, registered in 2009, both issued by the Register of Copyrights. These works are referred to herein as the "Copied Photographs." Exhibits G and H are true copies of the deposits submitted with the '408 Registration and the '924 Registration, and they include all four copied photographs.

17. Plaintiff sells his photographs through websites he maintains at www.dcstockimages.com, www.dcstockphotos.com, and www.randysantos.com. On his websites, Plaintiff expressly notifies users that the images appearing thereon are copyrighted and for sale and that unauthorized use or reproduction is prohibited. (Exs. A-C).

18. Defendant, without the permission or consent of Plaintiff, has reproduced and displayed to the public the four (4) Copied Photographs on Defendant's website at www.federalresourcesgroup.com, (Ex. I).

19. In doing so, Defendant has violated Plaintiff's exclusive rights of reproduction and public display. Defendant's actions constitute infringement of Plaintiff's exclusive rights

protected under the Copyright Act of 1976 (17 US.C. § 101 *et seq.*). Defendant intentionally and wrongfully used Plaintiff's four Copied Photographs to market and promote his firm and services, which means that Defendant leveraged the four (4) Copied Photographs for a commercial purpose and received or hoped to receive a financial benefit from commercial use of the four (4) Copied Photographs. Further, when copied and posted on Defendant's website, the four (4) Copied Photographs became subject to further copying and misappropriation by additional users, substantially impeding and impairing Plaintiff's ability to secure his intellectual property rights and to earn a living from his art.

20. Even a minimal inquiry would have revealed to Mr. Khan that Mr. Santos was the owner of, and claimed exclusive copyright rights in, the Copied Photographs.

21. In federal copyright cases where infringement is *not* found to be willful, §504(c)(1) of the Act authorizes an award of statutory damages of $30,000 per work which is infringed. In instances where the infringing misconduct is found to constitute "willful" infringement, §504(c)(2) of the Act provides that "the court in its discretion may increase the award of statutory damages to a sum of not more than $150,000." Willful infringement includes cases in which the copier knew, had reason to know, or recklessly disregarded the fact that his or her conduct constituted copyright infringement. *See Island Software & Computer Serv., Inc. v. Microsoft Corp.*, 413 F.3d 257, 263 (2d Cir. 2005); *Silver Ring Splint Co. v. Digisplint, Inc.*, 567 F.Supp.2d 847, 855 (W.D. Va. 2008) (awarding $30,000 in statutory damages).

22. The foregoing acts of infringement have been willful and intentional, and were committed with reckless disregard for, and with reckless or intentional indifference to, the rights of Plaintiff.

23. As a result of Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 US.C. § 504 and to attorneys' fees and costs pursuant to 17 US.C. § 505.

**COUNT II**
**REMOVAL OF METADATA**

24. Plaintiff incorporates by reference his foregoing allegations and averments stated in Paragraphs 1 through 23 to this Complaint into Count II as though expressly stated herein.

25. Defendant has, without the permission or consent of Plaintiff, actively tried to conceal its infringement of Plaintiff's copyrights by altering and/or removing the metadata within Plaintiff's four (4) Copied Photographs, by re-naming the files, and also by cropping out Plaintiff's watermarks.

26. The result of Defendant's alteration or removal of the metadata within Plaintiff's four (4) Copied Photographs is that Plaintiff's four (4) Copied Photographs could have been repeatedly taken and used by anyone, and there was no method to track the point of origin or the holder of the copyrights in and on the Copied Photographs.

27. The metadata within Plaintiff's four Copied Photographs as displayed on Plaintiff's website contains "copyright management information" ("CMI"), which is the name of the author or the copyright/license status of the work. The alteration and/or removal by Defendant of metadata which contained CMI constituted direct violations of 17 US.C. § 1202.

27. Defendants destruction and removal of CMI and Metadata was willful and intentional, and they were committed with reckless disregard for, and with deliberate indifference to, the rights of Plaintiff.

28.     As a result of Defendant's alteration and/or removal of the metadata within Plaintiff's four (4) Copied Photographs, Plaintiff is entitled to statutory damages pursuant to 17 US.C. § 1203(c)(3)(B).

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against Defendant as follows:

A.     That this Court adjudge and decree that the Santos Copyrights are valid and are enforceable against Khan.

B.     That this Court adjudge and decree that Defendant has infringed the Santos Copyrights; that his infringement was willful, and that he is liable to Mr. Santos for statutory damages in the amount of $150,000.00 **per work infringed.**

C.     That this Court enter a permanent injunction providing that Defendant shall be enjoined from directly or indirectly infringing Plaintiff's rights in the Copied Photographs and any photograph, whether now in existence or later created, that is owned or controlled by Plaintiff, including without limitation by using the Internet to reproduce or copy Plaintiff's photographs, to distribute Plaintiff's photographs, or to make Plaintiff's photographs available to the public, except pursuant to a lawful license or with the express written authority of and permission from Plaintiff.  Defendant also should be ordered to destroy all copies of Plaintiff's photographs that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and to destroy all copies of those copied photographs transferred onto any physical medium or device in Defendant's possession, custody, or control.

D.     That this Court award Mr. Santos statutory damages pursuant to 17 U.S.C. § 504, at the election of Plaintiff, in the amount of $150,000.00 per work infringed based on Khan's willful infringement of the Santos Copyrights.

E. That this Court award Mr. Santos statutory damages pursuant to 17 US.C. § 1203(c)(3)(B) in the amount of $150,000.00 **per work infringed.**

F. That this Court award Plaintiff his costs.

G. That this Court award attorneys' fees in the amount of $50,000.00 per infringing work to Mr. Santos and against Defendant pursuant to 35 U.S.C. § 285; and,

H. That this Court award costs and any other such relief that this Court deems just and equitable, including without limitation prejudgment interest at the statutory rate from June 13, 2014.

**DEMAND FOR JURY TRIAL**

Mr. Santos demands trial by jury on all issues so triable.

Respectfully submitted,
RANDY SANTOS

DATED: October 10th, 2014

By: ______________________

Michael C. Whitticar (DCB# MI0074)
NOVA IP Law, PLLC
7001 Heritage Village Plaza, Suite 205
Gainesville, VA 20155
Phone: (571) 386-2980
mikew@novaiplaw.com
*Attorney for Plaintiff*

# EXHIBIT A

www.dcstockimages.com

Apps hukk it

**Thousands of Unique and Interesting Stock Photography Images of Washington DC**

# ENTER GALLERIES

**For a Larger Collection of Washington DC Images / Other Cities and Specialties Please Also Visit:**
**DCStockPhotos.com**

Read About Randy Santos / dcstockimages.com:
Building a Monumental Photo Business

For Commercial Assignment Photography Please visit:
RandySantosPhoto.com RandySantos.com
Blog: As I Walk the Earth

Professional Stock photography and digital images of Washington D.C. landmarks. High resolution digital images and framed photos of Washington DC monuments.
Fine Art Photography Washington DC Prints Framed Prints wall murals Photographs for Corporate Decor Hospitality Decor Health Care Decor
High Quality Fine Art Photographs Framed Photos of Washington DC as large prints framed for office art corporate art hotel art healing art wall murals
Printed to a variety of materials including metal aluminum dibond acrylic wood wall vinyl wallpaper ceramic

Architectural details include color and black and white photography interiors and exteriors. of the White House. US Capitol Building, Supreme Court
Lincoln Memorial. Jefferson Memorial. National Archives, Washington Monument. Smithsonian, and more. Digital stock images for sale and license for
commercial use in corporate brochures, annual reports advertising calenders editorial travel, fine art, and website use.
Randy Santos is a highly skilled commercial photographer based in Washington D.C. providing commercial photography corporate photography,
advertising photography, editorial photography and stock photography to a variety of clients.
I've seen a lot of other photographers and "friends" copy and paste my website text into their websites
You and I know who you are and it's a shame - be original

All Images Copyright Randy Santos
No unauthorized use without permission

# EXHIBIT B

www.dcstockphotos.com

Apps hukk it

CONTACT [illegible]

Read about Randy Santos / dcstockimages.com

All content on this site including all images and text are © Randy Santos. No unauthorized use of any content without written permission



# EXHIBIT C



www.randysantos.com

Apps hukk.it MMU - Biol. Sci., MS...

RANDY SANTOS
COMMERCIAL PHOTOGRAPHY
PEOPLE PLACES THINGS
WASHINGTON, DC
301-589-2400
BIO CLIENTS CONTACT LINKS
ALL IMAGES COPYRIGHT RANDY SANTOS 2003

# EXHIBIT D1

# RandySantos / dcstockimages.com

WASHINGTON DC STOCK PHOTOGRAPHY

Washington DC Architectural Elements

Download image



# EXHIBIT D2

RandySantos / dcstockimages.com
WASHINGTON DC STOCK PHOTOGRAPHY

Washington DC Architectural Elements

[illegible]

[illegible]



# EXHIBIT D3

**RandySantos / dcstockimages.com**
WASHINGTON DC STOCK PHOTOGRAPHY

Washington DC Architectural Elements

# EXHIBIT D4

You have gone full screen. Exit full screen (F11)

RandySantos / [illegible]

WASHINGTON DC STOCK PHOTOGRAPHY

Washington DC Architectural Elements

[illegible]

[illegible]

# EXHIBIT E

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VAu 747-408

EFFECTIVE DATE OF REGISTRATION

JUL 24 2007

Month Day Year

[SEPAR]ATE CONTINUATION SHEET.

**1**

Title of This Work ▼ RANDY SANTOS PHOTOGRAPHY

NATURE OF THIS WORK ▼ See instructions: PHOTOGRAPHS

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼ RANDY SANTOS

DATES OF BIRTH AND DEATH Year Born ▼ 1960 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile Name of Country OR Citizen of USA / Domiciled in USA

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☒ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR Citizen of / Domiciled in

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed 2007 Year This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month Day Year Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

RANDY SANTOS
909 ORCHARD WAY
SILVER SPRING, MD 20904

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED JUL 24 2007

ONE DEPOSIT RECEIVED JUL 24 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY | FORM VA

CHECKED BY

CORRESPONDENCE ☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼ **b**

RANDY SANTOS
908 ORCHARD WAY
SILVER SPRING, MD 20904

Area code and daytime telephone number (301) 589-2400 Fax number (301) 879-8888

Email INFO@RANDYSANTOS.COM

**8**

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

RANDY SANTOS Date 7/19/07

Handwritten signature (X) ▼

X [signature] 7/19/07

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ RANDY SANTOS

Number/Street/Apt ▼ 908 ORCHARD WAY

City/State/ZIP ▼ SILVER SPRING, MD 20904

· Complete all necessary spaces
· Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT F

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**
VAu 996-924

**Effective date of registration:**
July 17, 2009

## Title

**Title of Work:** Randy Santos Photographs

## Completion/ Publication

**Year of Completion:** 2009

## Author

- **Author:** Randy Santos, dba Randolph Photography

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1960

## Copyright claimant

**Copyright Claimant:** Randy Santos

908 Orchard Way, Silver Spring, MD, 20904

## Rights and Permissions

**Name:** Randy Santos

**Email:** info@randysantos.com **Telephone:** 301-589-2400

**Address:** 908 Orchard Way

Silver Spring, MD 20904

## Certification

**Name:** Randy Santos

**Date:** July 17, 2009

**Correspondence:** Yes

# EXHIBIT I

# FEDERAL RESOURCES GROUP

HOME ABOUT

## A STRATEGIC LOBBYING & PUBLIC AFFAIRS FIRM

### ISSUE ADVOCACY & STRATEGIC COUNSEL

With nearly 20 years of experience in government relations, public policy, campaign strategy and strategic issues management, we help our clients amplify their voice and navigate their way around Washington.

### PUBLIC RELATIONS & DIGITAL COMMUNICATION

Effective modern advocacy requires dynamic public relations and digital communications capabilities. We provide our clients with fully integrated public relations & digital communications solutions.

### LEGISLATIVE STRATEGY & ISSUE MANAGEMENT

Developing a successful legislative strategy and issue management is critical to any effort in Washington. We assist our clients in identifying their advocacy goals and create a comprehensive plan to achieve those goals.

Washington, D.C. | 202 527 9446 | info@frgdc.com



# FEDERAL RESOURCES GROUP

ABOUT

## BACKGROUND

From its inception, Federal Resources Group was designed to be a "boutique" firm to provide our clients with an unequaled level of service and attention to their needs. Our firm ethos is to provide our clients with unparalleled access, expertise and experience to achieve their ever changing and complex goals. As a result, the stature of our client list continues to speak volumes about our capabilities and effectiveness.

Having been a part of the Washington, DC political and policy landscape for nearly 20 years, we have had the opportunity to be on all sides of public & private debate before. The strategic counsel our clients and partners receive comes from the same individuals that have advised some of the key decision-makers in Washington, DC. Whether on Capitol Hill, the Administration or with Regulatory Agencies, we have the relationships and experience to effectively navigate each and every level of government. If you are a major trade association, a Fortune 500 or a nonprofit the level of service you receive is second to none.



# EXHIBIT J

Google JPG

Web Images News Shopping Maps More Search tools

About 3 results (0.53 seconds)

Image size.
200 × 133

No other sizes of this image found.

Pages that include matching images

**Jefferson Memorial - DCStockPhotos.com**

dcstockphotos photoshelter.com/. /G0000ZjNqUTCfwQ/
600 × 400 Jefferson Memorial Washington DC. Jefferson Memorial Cherry Blossoms Washington DC Jefferson Memorial Cherry Blossoms blooming around the Tidal

Federal Resources Group

www.federalresourcesgroup.com/
Boutique Government Affairs and Lobbying firm with Digital & Grassroots Capabilities.

**Jefferson Memorial Washington DC - Randy Santos**

dcstockphotos photoshelter.com/image/I0000bVQbDgbLnd8
600 × 400 Jefferson Memorial Washington DC The Jefferson Memorial is a presidential memorial located on the Tidal Basin in Washington, D.C Dedicated to American ..

**Visually similar images**

Report images

Google [illegible]

Web Images [illegible]

[illegible]

Image size [illegible]

Find other sizes of this image
All sizes - Medium

Pages that include matching images [illegible]

Federal Resources Group
[illegible]
[illegible] Boutique Government Affairs and Lobbying [illegible]
Digital & Grassroots Capabilities [illegible]

Jefferson Memorial - Washington DC Stock Photograph,
[illegible]

Featured Images - Washington DC Stock Photography
[illegible]

Washington DC Architectural Elements - Images ...
[illegible]

Jefferson Memorial Washington DC | Washington DC Stock ...
[illegible]

Visually similar images

Google

Image size
800 × 600

Find other sizes of this image
All sizes - Medium

Pages that include matching images

About — Federal Resources Group
[illegible]

Jefferson Memorial - Washington DC Stock Photograph
[illegible]

Featured Images - Washington DC Stock Photograph
[illegible]

Washington Monument Washington DC Stock Photograph
[illegible]

Washington DC Architectural Elements - Images ...
[illegible]

Visually similar images

