# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDY SANTOS**<br>**908 Orchard Way**<br>**Silver Spring, MD 20904,**<br><br>  **Plaintiff,**<br><br>v.<br><br>**HAROON KHAN**<br>**D/B/A FEDERAL RESOURCES GROUP**<br>**770 5th Street NW, Ste 308**<br>**Washington, DC 20001,**<br><br>**Serve: Haroon Khan, Registered Agent**<br>         **770 5th Street NW, Ste 308**<br>         **Washington, DC 20001,**<br><br>  **Defendant.** | Civ. A. No. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff voluntary dismisses his Complaint against Defendant in this matter without prejudice pursuant to F. R. Civ. P. 41(a)1A.  Defendant has not yet filed an answer to Plaintiff's Complaint, and the matters at issue between Plaintiff and Defendant as expressed Plaintiff's Complaint in this case have been compromised, agreed and settled.

                                               Respectfully submitted,

                                               RANDY SANTOS

DATED:  November 19, 2014

                                By:     /s/Michael C. Whitticar_____
                                         Michael C. Whitticar (DCB# MI0074)
                                           NOVA IP Law, PLLC
                                           7001 Heritage Village Plaza, Suite 205
                                           Gainesville, VA 20155
                                           Phone: (571) 386-2980
                                           mikew@novaiplaw.com
                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing notice was sent by U.S. Mail, properly addressed and postage pre-paid, on November 19th, 2014, to:

Haroon Khan
Federal Resources Group
770 5th Street NW #308
Washington, DC 20001
info@frgdc.com
haroon@frgdc.com

Eric Menhart, Esq.
Lexero Law
10 G St NE, Suite 710, Washington, DC 20002
Phone: 855-4-LEXERO (855-453-9376) Ext. 101
Fax: 855-4-LEXERO (855-453-9376)
p17a199@lexero.com

                                              /s/Michael C. Whitticar_____
                                                  Michael C. Whitticar